UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE O. MITCHELL,

     Petitioner,

 v.

MARK STRONG,

     Respondent.

CASE NO. C16-5069 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFFERING FOR FURTHER PROCEEDINGS

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 18), and Petitioner George Mitchell's ("Mitchell") motion for extension of time to file objections (Dkt. 19) and objections to the R&R (Dkt. 20).

  On February 5, 2016, Mitchell filed a habeas petitione under 28 U.S.C. § 2254, challenging the state trial court's denial of his 2013 petition seeking unconditional discharge. Dkt. 5 at 2. Respondent Mark Strong ("Strong") argued Mitchell's petition should be dismissed with prejudice because Mitchell failed to exhaust his state remedies. Dkt. 11.

ORDER - 1

On June 6, 2016, Judge Strombom issued the R&R recommending the Court deny Strong's motion to dismiss without prejudice because it is not entirely clear what claim or claims Mitchell is pursuing.  Dkt. 18.  Judge Strombom also recommended that Mitchell be given an opportunity to clarify his claim or claims and that the parties provide additional briefing on exhaustion and/or the merits of Mitchell's clarified claim or claims. *Id.*  On June 20, 2016, Mitchell filed a motion for an extension of time to object to the R&R.  Dkt. 19.  That same day, Mitchell filed objections to the R&R.  Dkt. 20.  Strong did not respond to either filing.

With regard to Mitchell's motion for an extension of time, the Court grants the motion and will consider Mitchell's objections.  As for his objections, Mitchell provides additional briefing about his claims and whether they have been exhausted, as well as several requests for relief.  *See* Dkt. 20.  The Court declines to consider this new information in the first instance.  The proper procedure is for Mitchell to present this information in an amended habeas petition or in further briefing after the matter has been re-referred to Judge Strombom.  Indeed, Mitchell will have the opportunity to do so following the entry of this order.

Therefore, the Court having considered the R&R, Mitchell's objections, and the remaining record, does hereby find and order as follows:

(1)  Mitchell's motion for extension of time to object (Dkt. 19) is **GRANTED**;

(2)  The R&R is **ADOPTED**;

(3)  Mitchell is directed to clarify his claim or claims in writing to the Court **within fourteen days** of the date of this order; and

1     (4)    This matter is **RE-REFFERED** for further proceedings.

2   Dated this 18th day of July, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge