UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE O. MITCHELL,

           Petitioner,

   v.

MARK STRONG,

           Respondent.

CASE NO. C16-5069 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Petitioner's motion to voluntarily dismiss the habeas petition (Dkt. 22) is **GRANTED**; the habeas petition is **DISMISSED without prejudice**.

Dated this 5th day of October, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER